UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CARLOS CHILLOGALLI PUZHI,

    Petitioner,

    v.                                          CAUSE NO. 3:25cv1062 DRL-SJF

BRIAN ENGLISH,

    Respondent.

## ORDER

The court conditionally ordered the respondent to release Carlos Chillogalli Puzhi only if he remained detained without a custody redetermination hearing by close of business on February 17, 2026. The respondent has notified the court that Mr. Chillogalli Puzhi appeared before an immigration judge for a custody redetermination hearing on February 17, 2026. There is thus not a basis today for release. The court DIRECTS the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED.

February 24, 2026                                          *s/ Damon R. Leichty*
                                                           Judge, United States District Court